UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

ANDRE ROSARIO,

        Plaintiff,

vs.

D. HEKHUIS, *et al.*,

        Defendants.

Case No.: 3:20-CV-00129-RCJ-CLB

ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 8)

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin (ECF No. 8[1]) entered on December 11, 2020, recommending that the Court dismiss Rosario's amended complaint (ECF No. 7) with prejudice. No objection to the Report and Recommendation has been filed.

This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

1

**IT IS HEREBY ORDERED** that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 8) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Rosario's amended complaint (ECF No. 7) is **DISMISSED WITH PREJUDICE**.

**IT IS   FURTHER ORDERED** that the Clerk of the Court shall **ENTER JUDGMENT** and **CLOSE** the case.

**IT IS SO ORDERED**.

Dated this 10th day of February, 2021.

_____
ROBERT C. JONES
United States District Judge